ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2020 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Desiree B. Olaechea

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Brentwood Union School District

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

CV-20 1037

**Complaint for Employment Discrimination**

AZRACK, J.

Case No. 10200026

LINDSAY, M.J.

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*



RECEIVED
MAR 17 2020
PRO SE OFFICE

RECEIVED
MAR 18 2020
EDNY PRO SE OFFICE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Desiree' B. Olaechea
Street Address: 516 Shade St.
City and County: North Babylon
State and Zip Code: New York 11703
Telephone Number: (631) 522-7092
E-mail Address: desiree.olaechea@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Brentwood Union School District
Job or Title (if known): BUSD
Street Address: 52 Third Ave.
City and County: Brentwood Suffolk County
State and Zip Code: New York 11717
Telephone Number: 631-434-2123
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:

State and Zip Code      _____
Telephone Number      _____
E-mail Address      _____
(if known)

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name      Brentwood Union School District
Street Address      48 Sloan Pl. Brentwood, NY. 11717
City and County      Brentwood N.Y. Suffolk county
State and Zip Code      New York
Telephone Number      631-434-2464

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

     ☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

         *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

     ☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

         *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

     ☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

         *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: Executive Law, Article 15, Section 296

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☑ Failure to promote me.
☑ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Date most recent or continuing discrimination took place is 1/23/19.

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [x] age. My year of birth is 06\01\73. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* depression, anxiety, adhd

E. The facts of my case are as follows. Attach additional pages if needed.

Please see attached.
Thank you.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   07-25-19   July 25, 2019

B. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter.

   ☑ issued a Notice of Right to Sue letter, which I received on *(date)*
   December 20, 2019

   (Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☑ 60 days or more have elapsed.
   ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of the foregoing, I have suffered financial damages and emotional distress damages.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/12, 2020

Signature of Plaintiff   *Desiree' B. Olaechea*
Printed Name of Plaintiff  Desiree' B. Olaechea

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Desiree Olaechea<br>516 Shade Street<br>North Babylon, NY 11703 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2020 ★
BROOKLYN OFFICE

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-02280 | Holly M. Shabazz,<br>State & Local Program Manager | (929) 506-5316 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)*

**Kevin J. Berry,
District Director**

DEC 20 2019

*(Date Mailed)*

Enclosures(s)

cc:   **BRENTWOOD UNION FREE SCHOOL DISTRICT
Attn: Superintendent of Schools
56 3rd Avenue
Brentwood, NY 11717**



**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

March 7, 2019

Desiree Olaechea
516 Shade Street
North Babylon, NY 11703

    Re:  Desiree Olaechea v. Brentwood Union Free School District
           Case No. 10200076

Dear Desiree Olaechea:

    Please be advised that this office has received your complaint. Your filing date is 2/1/2019.

    A copy of your complaint, and the determination, will be sent to the U.S. Equal Employment Opportunity Commission (EEOC), so that your complaint may be dual-filed under applicable federal law. Your EEOC charge number is 16GB902280.

    To protect your rights, it is essential that the Division be notified promptly of any change in your address or telephone number. A form is enclosed for this purpose.

    You will be contacted by the Human Rights Specialist assigned to your case when the active investigation of your complaint begins. In the meantime, if you have any questions please call our office at (516) 539-6848, or contact us via e-mail to InfoLongIsland@dhr.ny.gov.

    Very truly yours,

    Froebel Chungata
    Regional Director

cc:  Thomas A. Ricotta, Esq.
      Ricotta & Marks, P.C.
      31-10 37th Ave., Suite 401
      Long Island City, NY 11101

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>DESIREE OLAECHEA,<br><br>                              Complainant,<br><br>v.<br><br>BRENTWOOD UNION FREE SCHOOL DISTRICT,<br>                              Respondent. | VERIFIED COMPLAINT<br>Pursuant to Executive Law, Article 15<br><br>Case No.<br>**10200076** |

Federal Charge No. 16GB902280

    I, Desiree Olaechea, residing at 516 Shade Street, North Babylon, NY, 11703, charge the above named respondent, whose address is 56 3rd Ave., Brentwood, NY, 11717 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of arrest record, age, disability, opposed discrimination/retaliation.

    Date most recent or continuing discrimination took place is 1/23/2019.

    The allegations are:

# SEE ATTACHED COMPLAINT

STATE DIVISION OF HUMAN RIGHTS
STATE OF NEW YORK EXECUTIVE
DEPARTMENT
-------------------------------------------------------------X
STATE DIVISION OF HUMAN RIGHTS
on the Complaint of

Desiree Olaechea,

                        Complainant,

    -against-

Brentwood Union Free School District,

                        Respondent.
-------------------------------------------------------------X

RECEIVED
FEB 01 2019
HAUPPAUGE REGIONAL OFFICE

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.:

       Desiree Olaechea, resides at 516 Shade Street, North Babylon, New York 11703, and charges the above-named respondent, located at 52 Third Avenue, Brentwood, New York 11717, with an unlawful discriminatory practice relating to employment because of criminal background, age, disability, and/or and retaliation in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

       The discrimination is ongoing.

       The particulars are:

1. Desiree Olaechea ("Desiree") is a forty-five (45) year old woman. Her date of birth is June 1, 1973. Olaechea has, during relevant times in this matter, suffered from anxiety and depression.

2. In or around September 2004, Desiree began working for the District as a kindergarten teacher.

3. Desiree was initially assigned to East Elementary. The Principal at East Elementary, and her supervisor, was Ms. Rogers.

4. In 2007, as a result of her excellent job performance, Desiree received tenure.

5. Desiree also successfully obtained her Administrator's license on or about September 1, 2007, which qualified her for administrator level positions in New York State.

6. Throughout the course of her employment, Desiree has never any disciplinary or performance related issues and always performed her job in an exemplary manner.

7. In or around 2010, Desiree began actively applying for administrator level positions within the District. She applied to numerous Assistant Principal, Principal and Coordinator positions that were posted by the District.

8. In or around 2011, Desiree had to take a paid leave of absence due to a personal matter. More specifically, Desiree was wrongfully charged with a crime. This crime that was alleged was non-violent and had no bearing on her job duties or ability to perform her job duties as a teacher or as a prospective administrator. These charges were ultimately dismissed and placed under seal as a product of Desiree's innocence.

9. In or around 2011, Desiree returned to the school. Upon doing so, she was escorted to and from the building with no reason being given. Moreover, she was advised that it would be in her best interest to transfer schools from East Elementary to Laurel Park elementary. This was a product of her criminal history, as she learned that a group of teachers gathered together looking up criminal records. Thereafter, Desiree had several teachers come into her room, harassing her and demanding that she tell them what had happened with respect to her criminal matter. One teacher even threatened that her husband was a police officer and that she would find out either way.

10. In sum, upon returning to East, Desiree was ostracized by coworkers and administrators and treated like a criminal, notwithstanding her not being one. This created a hostile work environment for Desiree. Moreover, it evidenced a discriminatory animus that the District and her coworkers had for her as a younger teacher has been arrested for DWI, but was not similarly treated in such a hostile manner or urged to transfer.

11. In or around 2012, Desiree transferred to Laurel Park under a new administrator, Mr. Snell. Desiree began working as a First Grade, Bilingual Teacher. In her first week at Laurel Park, Snell called into office and said that he was presented that Desiree was highly regarded and "bubbly" but that he wasn't seeing that. Upon information and belief, Snell began to engage in a pattern of harassment and disparate treatment toward Desiree due to her age and/or her criminal background.

12. For example, Snell began to have younger, less experienced, teachers come into Desiree's room and criticize her teaching, despite having no formal authority to do

2

so. Desiree's younger colleagues outside of her protected class(es) were not similarly treated.

13. Desiree also began to again have rumors and negativity disseminated about her, relating to her perceived criminal background. This, again, created an unwelcome and hostile work environment for Desiree who did not have the collegiality and assistance from the school community that others received.

14. Two years later, Desiree was reassigned to teach second grade. During this whole time, and continuing to date, she has continued to be the recipient of daily harassment, hostility, and overscrutinization to which her similarly situated coworkers outside of her protected class(es) were not similarly subjected.

15. Moreover, she began to be the target of consistent derogatory comments about her appearance from younger coworkers and which she perceived to be related to her age. For example, Desiree has been regularly questioned "why do you dress like this?" "Why don't you put makeup on?" and "Why do you have a hat on?" Desiree's similarly situated, younger coworkers were not similarly scrutinized for their attire and makeup.

16. Desiree has also been consistently denied opportunity for promotion to administrator positions due to her criminal background. She has, since 2010 and continuing to date, applied for over ten (10) administrator positions, and has not been offered a single position, despite having a flawless employment record for the District.

17. Desiree went out on a medical leave from April 2018 through June 2018 as a product of anxiety and depression.

18. While out of work, her entire room was disassembled with her student work taken off the walls. Desiree's similarly situated coworkers who are outside of her protected classes did not have such action taken while they were out on a short-term leave.

19. Upon her return to work, Desiree was advised by Kevin Coyne, teacher and Union President, that the District had voiced concern about Desiree's mental health.

20. In fact, Desiree has learned that, while she was out on a medical leave, the District undertook efforts to dig up dirt on Desiree in order to justify terminating her due to her age, criminal background, and/or her disability. She was advised that, during

3

her leave, students were being pulled out of instruction in order to be questioned about Desiree, and were asked and prodded to respond in the affirmative, as to whether Desiree screamed at them or otherwise engaged in inappropriate behavior.

21. Upon returning to work in June 2018 and learning of this, Desiree requested, but was denied a transfer to another school. Her transfer request, however, was denied, and as a result Desiree returned to her position in September 2018 and has continued, to date, to be subjected to the same harassment and hostility as outlined above. Moreover, for a prolonged period upon her return to work, she was denied her ID badge and her keys to her classroom, which impacted her ability to prepare for the school year. Upon information and belief, this was done in an effort to disadvantage Desiree so that her performance would suffer. Moreover, none of Desiree's similarly situated coworkers outside of her protected class(es) were similarly denied their access to the school and their classroom.

22. As a result of the foregoing, Desiree has suffered financial damages and emotional distress damages.

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of criminal background, age, disability, and/or retaliation in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I have not commenced any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

Desiree Olaechea, being duly sworn, deposes and says: that she is the complainant herein; that she has read (or had read to her) the foregoing complaint and knows the content thereof; that the same is true of her own knowledge except as to the matters therein stated on information and belief; and that as to those matters, she believes the same to be true.

*[signature]*
Desiree Olaechea

Subscribed and sworn to
before me this 23rd day
of January, 2019

*[signature]*
NOTARY PUBLIC

Thomas A. Ricotta
Notary Public, State of New York
No. 02RI6318982
Qualified in Nassau County
Commission Expires February 9, 20_19_

4



U.S. POSTAGE PAID
PME 1-Day
NORTH BABYLON, NY 11703
MAR 16, 20
AMOUNT
$26.35
R2305P149945-22

1007   11201

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL




EJ 260 405 635 US

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( )

Desiree' Olaechea
516 Shade St.
North Babylon N.Y. 11703

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

**TO:** (PLEASE PRINT)   PHONE ( )

U.S. District, EDNY
225 Cadman Plaza East
Brooklyn, N.Y. 11201
Attention- Pro-se Office



- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

← **PEEL FROM THIS CORNER**

LABEL 11-B, MARCH 2019

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 11703 | 3/17/20 | $ 26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/16/20 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:24 ☐ AM ☐ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | |

| Weight | Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| 13 lbs ozs | ✓ | | $ 26.35 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2020 ★
BROOKLYN OFFICE






# PRIORITY MAIL EXPRESS

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

